UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| CORNERSTONE CHEMICAL COMPANY | § § § | CIVIL ACTION NO. 2:20-CV-1411 |
|---|---|---|
| V. | § § | JUDGE |
| M/V NOMADIC MILDE, IMO No. 9463554, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*; M/V ATLANTIC VENUS, IMO No. 9628257, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*; and, CRESCENT TOWING & SALVAGE, INC., *in personam* | § § § § § § § § § § | MAGISTRATE JUDGE

ADMIRALTY |

## ORDER APPOINTING REPRESENTATIVE TO SERVE VESSEL WITH WARRANT OF ARREST

UPON consideration of the motion of plaintiff, Cornerstone Chemical Company, to appoint representative to serve vessel with warrant of arrest on behalf of the United States Marshal, and good cause having been shown;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion is GRANTED, and representatives of Southport Agencies, Inc. (including, but not limited to, Daniel I. Sledge) be appointed as representatives of the United States Marshal to serve the warrant of maritime arrest on the M/V ATLANTIC VENUS in place of the United States Marshal for the United States District Court for the Eastern District of Louisiana;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Southport Agencies, Inc. shall report the results of the arrest to the United States Marshal for the United States

District Court for the Eastern District of Louisiana and cause to be filed a return of service with this Court following service of the warrant of maritime arrest.

New Orleans, Louisiana, this 12th day of May, 2020.

_____
**UNITED STATES DISTRICT JUDGE**