UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CORNERSTONE CHEMICAL COMPANY | § § § | CIVIL ACTION NO. 2:20-CV-1411 |
| V. | § § | JUDGE ELDON E. FALLON |
| M/V NOMADIC MILDE, IMO No. 9463554, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*; M/V ATLANTIC VENUS, IMO No. 9628257, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*; and, CRESCENT TOWING & SALVAGE, INC., *in personam* | § § § § § § § § § § | MAGISTRATE JUDGE JANIS VAN MEERVELD

ADMIRALTY |

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

Considering the foregoing Motion for Appointment of Substitute Custodian filed by plaintiff, Cornerstone Chemical Company ("Cornerstone"), and finding same well-founded, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the United States Marshal of the United States District Court for the Eastern District of Louisiana or his duly authorized representative, Daniel I. Sledge of Southport Agencies, Inc., be and hereby is authorized and directed upon his arrest and seizure of the M/V NOMADIC MILDE, her engines, tackle, equipment, appurtenances, etc., pursuant to the Warrant for Arrest issuing in this case, to surrender the possession thereof to the Substitute Custodian named herein, Southport Agencies, Inc., and that upon such surrender, the United States Marshal shall be discharged from his duties and responsibilities for the safekeeping of said vessel and held harmless for any and all claims arising whatever out of said substituted possession and safekeeping.

**IT IS FURTHER ORDERED** that Southport Agencies, Inc. be and hereby is appointed the substitute custodian of the M/V NOMADIC MILDE to retain the same in their custody for

1

possession and safekeeping.

**IT IS FURTHER ORDERED** in consideration of the Court's appointment of Southport Agencies, Inc. as substitute custodian, Plaintiff agrees to release the United States and the United States Marshal from any and all liability and responsibility arising out of the care and custody of the M/V NOMADIC MILDE from the time the U.S. Marshal or his representative transfers possession of said Vessel over to the Substitute Custodian, and the Plaintiff further agrees to hold harmless and to indemnify the United States and the United States Marshal from any and all claims whatsoever arising out of the Substitute Custodian's possession and safekeeping of the M/V NOMADIC MILDE.

**IT IS FURTHER ORDERED** that said substitute custodian shall retain the M/V NOMADIC MILDE in his custody, possession, and safekeeping until further Order of this Court;

**IT IS FURTHER ORDERED** the M/V NOMADIC MILDE may be moved with the permission of the United States Marshal to other berths or anchorages within this judicial district at no cost to the Plaintiff, so long as the vessel stays within this judicial district.

New Orleans, Louisiana, this 13th day of May, 2020.

_____
**DISTRICT JUDGE ELDON E. FALLON**