## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CORNERSTONE CHEMICAL COMPANY** § § § | | **CIV. A. NO. 2:20-1411 (LEAD)** **c/w 2:20-1453, 2:20-1506, & 2:20-1902** |
| **V.** § § | | **JUDGE FALLON** |
| **M/V NOMADIC MILDE, IMO No. 9463554, her engines, tackle, equipment, furniture, appurtenances, etc.,** *in rem*; **M/V ATLANTIC VENUS, IMO No. 9628257, her engines, tackle, equipment, furniture, appurtenances, etc.,** *in rem*; **and, CRESCENT TOWING & SALVAGE, INC.,** *in personam* § § § § § § § § | | **MAG. JUDGE VAN MEERVELD** **ADMIRALTY** **APPLIES TO ALL MATTERS** |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the foregoing Agreed Motion for Entry of Order of Dismissal with Prejudice filed by Cornerstone Chemical Company; New Nomadic Short Sea Shipping AS; Nomadic Chartering AS; Intership Navigation Co., Ltd.; Compass Shipping 40 Corp. Ltd.; Tomini Symphony Ltd.; Golden Helm Shipping Co., S.A.; Osaka Fleet Co., Ltd.; Crescent Towing and Salvage Co., Inc.; Zurich American Insurance Company; Starr Technical Risks Agency, Inc.; HDI Global Insurance Company; SCOR Reinsurance Company; Helvetia Schweizerische Versicherungsgesellschaft AG; Hannover Reinsurance Co.; and Factory Mutual Insurance Company (collectively the "Parties"), the Court is of the opinion that the Parties' Agreed Motion should be granted.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that these consolidated admiralty proceedings and all claims, causes of action, counterclaims and third-party claims asserted by the Parties in these consolidated admiralty proceedings, or which could have been

{N1990157 -}

asserted in these consolidated admiralty proceedings by the Parties, against one another are hereby **DISMISSED WITH PREJUDICE** to their respective right to re-file same.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all costs of Court in these consolidated admiralty proceedings, including without limitation attorneys' fees, if any, are taxed against the party incurring same.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all relief not expressly granted herein is in all things denied and that this Agreed Order of Dismissal with Prejudice fully and finally disposes of all claims in these consolidated admiralty proceedings by all the Parties

New Orleans, Louisiana, this 11th day of October, 2022.

_____
**UNITED STATES DISTRICT JUDGE**

{N1990157 -}